IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2014 DEC 10 P 2: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MAXIMUM EFFICIENCY SQUARED, LLC,

    Plaintiff,

vs.

SAMSARA WORKS CORPORATION, a Georgia corporation,
KRISHNA DONIPARTHI, M.D.,

    Defendants.

Civil Action No. 2:14-cv-1214MHT

## NOTICE OF REMOVAL

COME NOW Defendants Samsara Works Corporation, a Georgia corporation, ("SWC") and Krishna Doniparthi, M.D.[1] ("Dr. Doniparthi") and pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446, give notice of the removal of this action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama. In support of removal, Defendants show:

This case is properly removable pursuant to 28 U.S.C. § 1441(a), which provides in pertinent part:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the

---

[1] Defendant Krishna Doniparthi, M.D's name is misspelled in the complaint.

defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

Under 28 U.S.C. § 1332(a), this United States District Court has original jurisdiction based upon complete diversity of citizenship between the parties.

Plaintiff is an Alabama limited liability company, according to the Administrative Services Only Agreement ("ASOA") attached to the Complaint, the members of which, on information and belief, are residents of Alabama or of a state other than Georgia. The Complaint further alleges, correctly, that SWC is a Georgia corporation. For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of the state in which it has been incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). SWC is incorporated and has its principal place of business in Georgia. Defendant Dr. Doniparthi permanently resides in and is a citizen of Georgia.

As both Defendants are citizens of Georgia and Plaintiff is a citizen of Alabama, complete diversity of citizenship exists. The amount in controversy exceeds the $75,000 statutory minimum according to the Complaint.

The Defendants were served with the Summons and Complaint in this action on November 10, 2014. This Notice of Removal is filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of the receipt of the Summons and Complaint. This case is a civil action within the meaning of 28 U.S.C. § 1446(a). Written notice of the filing of this Notice of Removal has been served upon Plaintiff, and a copy of

this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of Montgomery County, Alabama. *See* Exhibit A. The United States District Court for the Middle District of Alabama is the district embracing the Court where this action is currently pending. True and correct copies of all process and pleadings served upon Defendants are attached as Exhibit B.

Dated: December 10, 2014.

/s/ Robert D. Segall
Robert D. Segall ASB-7354-E68R
Copeland Franco Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
Email: segall@copelandfranco.com
Phone: (334) 834-1180
Fax: (334) 834-3172

*Counsel for Defendants*

KEVIN S. LITTLE PC
Kevin S. Little *(admission pro hac vice pending)*
Georgia Bar No. 454225
400 Colony Square, Suite 200
1201 Peachtree Street NE
Atlanta, Georgia 30361
(404/921-4040)

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court by hand delivery and I certify that I have mailed a copy to the following counsel of record by U.S. Mail on this the 10th day of December, 2014:

        Mark N. Chambless, Esq.
        Chambless Math & Carr, P.C.
        Post Office Box 230759
        Montgomery, AL 36117
        mchambless@chambless-math.com
        Ph: (334) 272-2230

/s/ Robert D. Segall
Robert D. Segall