IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MAXIMUM EFFICIENCY         )
SQUARED, LLC,              )
                           )
    Plaintiff,             )
                           )   CIVIL ACTION NO.
    v.                     )    2:14cv1214-MHT
                           )         (WO)
SAMSARA WORKS CORPORATION, )
a Georgia corporation, and )
KRISHNA DONIPARHI, M.D.,   )
                           )
    Defendants.            )
```

OPINION

Plaintiff, an Alabama limited-liability corporation, filed this lawsuit asserting breach of contract against two Georgia defendants. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss for lack of personal jurisdiction be granted, and that defendants' motion to dismiss for failure to state a claim and motion to transfer be denied as moot. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of August, 2015.

                     /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE