IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAXIMUM EFFICIENCY SQUARED, LLC,  )<br>)<br>    Plaintiff,    )<br>)<br>    v.    )<br>)<br>SAMSARA WORKS CORPORATION, )<br>a Georgia corporation, and )<br>KRISHNA DONIPARHI, M.D.,    )<br>)<br>    Defendants.    ) | CIVIL ACTION NO.<br>  2:14cv1214-MHT<br>       (WO) |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 22) is adopted.

(2) Defendants' motion to dismiss for lack of personal jurisdiction (doc. no. 7) is granted.

(3) Defendants' motion to dismiss for failure to state a claim and alternative motion to transfer venue (doc. no. 7) are denied as moot.

(4) This lawsuit is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(2).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of August, 2015.

                                             /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE